# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

JACKSON QUENTIN CROCKER

*Defendant(s)*

Case No. 1:26-MJ-249

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 03/23/2008 through 10/28/2025 in the city/county of Woodbridge in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Reviewed by AUSA/SAUSA

AUSA Lauren Halper
*Printed name and title*

FBI Special Agent Sebastian Gardner
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 06/30/2026

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2026.06.30 11:17:16 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

The Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*