IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-MJ-249 |
| | ) | |
| JACKSON QUENTIN CROCKER, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Sebastian Gardner, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I have been so employed since 2021. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online sexual exploitation of children. This includes violations pertaining to the illegal possession, receipt, distribution, transmission, advertisement, and production of material depicting the sexual exploitation of minors. I have had numerous hours of professional law enforcement training in the detection and investigation of criminal offenses. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrest warrants. As a federal agent, I am authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2. I have training and experience in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256), including computer media. Through my experience and training, I can identify child pornography when I see it.

3. The facts and information in this affidavit are based upon information that I obtained during this investigation and information that has been provided to me by other law enforcement sources. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this complaint.

4. I submit this affidavit in support of a criminal complaint and arrest warrant charging JACKSON QUENTIN CROCKER ("CROCKER"), a resident of Woodbridge, Virginia, in the Eastern District of Virginia, with a violation of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children). For the reasons set forth below, I submit there is probable cause to believe that between at least March 23, 2008, and October 28, 2025, CROCKER employed, used, persuaded, induced, enticed, and coerced minors to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

## PROBABLE CAUSE

13. Beginning in or around December 2023, the FBI in Baltimore began an investigation into CROCKER for suspected fraud offenses. During the course of its investigation,

the FBI discovered what appeared to be child sexual abuse material (CSAM)[1] in Crocker's Apple iCloud account. Subsequent investigation revealed search terms in CROCKER's Google account suggestive of searches for, and/or related to, CSAM.

14. On October 28, 2025, the FBI executed a federal search warrant at CROCKER's residence, located at 11804 Chelmer Ct., Woodbridge, VA 22192, in the Eastern District of Virginia. The search warrant authorized the search and seizure of evidence related to both the suspected fraud offenses and possession of CSAM.

15. During the execution of the search warrant, the FBI located a Western Digital 6TB external hard drive (FBI evidence number "1B3") attached to a desktop computer (FBI evidence number "1B4") in the basement office of the residence. An FBI Digital Forensic Examiner previewed the hard drive on-scene and observed that it contained a hidden partition, which appeared to be encrypted with encryption software[2]. The desktop computer to which the hard drive was attached was powered on and unlocked at the time of the search warrant execution, allowing the examiner to view its contents. The user account logged in at the time was "Jackson.crocker@outlook.com."

16. During the on-scene preview of the Western Digital 6TB external hard drive, agents observed multiple images and videos that appeared to depict minors engaged in sexually explicit

---

[1] For purpose of this Affidavit, I use the terms child pornography and CSAM interchangeably, according to the definitions of minor, visual depiction, and sexually explicit conduct, as set forth in 18 U.S.C. § 2256.

[2] The encryption software is a free open source disk encryption software for Windows, Mac OSX and Linux. According to the website of this brand of software, this particular software creates a virtual encrypted disk within a file and mounts it as a real disk. It also encrypts an entire partition or storage device, such as a hard drive.

conduct. Pursuant to the search warrant, the FBI seized the hard drive and forensically copied its contents for further examination and review.

17. I have reviewed the Western Digital 6TB external hard drive and in doing so observed thousands of CSAM images and videos stored in the hidden, encrypted partition of the hard drive. Many of the suspected CSAM images and videos appear to have been created by CROCKER at his residence in Woodbridge, Virginia.[3]

18. Specifically, the hard drive contained thousands of videos that appear to have been captured on hidden cameras surreptitiously positioned in a bathroom in CROCKER's residence. Multiple videos show CROCKER setting up the recording device in the bathroom. Many of the videos capture a minor removing his or her pants and underwear and using the toilet and/or removing his or her clothes entirely and taking a shower. There are several different minors captured on these videos. None of the minors appear to be aware that they are being recorded. While many of these videos depict children, some of the videos also capture adults using the toilet and/or taking a shower. Specific videos are described in detail in below paragraphs.

19. In addition to the hidden camera videos, the hard drive contained multiple videos, also apparently captured by CROCKER at his Woodbridge residence, depicting him masturbating and ejaculating on sleeping children. The FBI has positively identified the three girls depicted in these videos. The girls were between the ages of 8 and 9 at the time the videos were made in 2016 and 2018.

---

[3] Based on my review of property records, it appears CROCKER purchased this home in or around October 2013. Additionally, I am familiar with the residence as a result of having been there during the search warrant execution, as well as having reviewed photos of the residence taken during the search warrant. Additionally, I interviewed CROCKER's wife regarding particular features of the CSAM videos, and she identified various items in the videos, including a hallway banister, dresser, and toys, as being in CROCKER's Woodbridge residence.

20. To date, in total, the FBI has positively identified 11 victims depicted in the hidden camera videos and the self-produced CSAM videos. Each victim was a minor at the time the video was captured, with ages ranging from 3 to 16 years old.

21. The hard drive was also found to contain multiple videos depicting a prepubescent minor girl ("MV1") naked and dancing lasciviously in front of a recording device. MV1 has been positively identified and her birth date is known. Based on metadata associated with the videos and the physical appearance of MV1 in the videos, I believe she was five years old at the time the videos were created.

22. The following is a summary of the sexually explicit images and videos depicting identified minors found on the Western Digital 6TB external hard drive.

**<u>MV1</u>**

23. MV1 has a date of birth in 2008.

a. IMG_1487.MOV: Based on metadata associated with the video, it appears the video was filmed using an Apple iPhone 4 and was created on or about December 10, 2011. The video was stored in a folder titled, in part, "[REDACTED]-EYES-ONLY."

b. The video depicts CROCKER holding MV1, who appears to be approximately three years old, to his groin while he thrusts against her and holds her buttocks. MV1 is wearing a pink tutu and her Tinker Bell underwear is visible underneath. The iPhone appears to have been placed on the ground underneath MV1, capturing her buttocks, among other things. During the video, CROCKER can be heard grunting while bouncing MV1 on and off of his groin. Throughout the video,

CROCKER adjusts his pants near his groin. CROCKER's face is visible in the video once he sets down MV1.

**MV1 AND MV2**

24. MV2 has a date of birth in 2008.

a. 00043-playroom-DAD.MTS: Based on metadata associated with the video, it appears to have been created on June 16, 2016, using a Sony camera. The video was stored in a folder titled, in part, "Ugly Monster-Full\DADwORLD."

b. The video depicts MV1 and MV2—then both ages eight—apparently asleep. The video shows CROCKER masturbating and touching his exposed, erect, penis to MV2. The video shows CROCKER ejaculate on MV2. At one point in the video, CROCKER's face is visible as he appears to smell MV2 buttocks.

c. The video appears to have been captured in CROCKER's Woodbridge residence.

**MV1 AND MV3**

25. MV3 has a date of birth in 2009.

a. IMG_9719.MOV: Based on metadata associated with this video, it appears to have been created on or around August 23, 2018, using an Apple iPhone 7 Plus. The video was found in a folder titled, in part, "Ugly Monster-Full\DADwORLD\Oct-2018."

b. The video depicts MV1 and MV3, then 10 years old and 9 years old respectively, apparently asleep next to each other. The video shows CROCKER masturbating and ejaculating on MV3. The video also appears to have been captured in CROCKER's Woodbridge residence.

**MV4**

26. MV4 has a date of birth in 2008.

a. MOD_20220709_060249.mov: Based on metadata associated with the video, it appears to have been created on or about July 9, 2022. The video was found in a folder titled, in part, "Sorted-redo\RedKawa\860OKMZO-k-what\2022."

b. The video depicts CROCKER installing a hidden camera in a garbage can in a basement bathroom of his house.[4] Shortly after, the video captures MV4, then age 13, enter the bathroom. The video shows MV4 remove all of her clothing and take a shower. The video clearly captures MV4's breasts and vagina before she enters the shower.

**MV5**

27. MV5 has a date of birth in 2008.

a. Cam1.20221007_160049_1-MNDY-SHW.mp4: Based on metadata associated with this video, it appears to have been created on or about March 29, 2023. It was found in a folder titled, in part, "Sorted-redo\RedKawa\redkawa-0\Kparty\WiLife." The video appears to have been captured from a hidden camera on the bathroom counter near the sink and aimed at the toilet and shower.

---

[4] Based on photographs taken during the execution of the residential search warrant at Crocker's residence, I recognize this bathroom as the basement bathroom of CROCKER's home. The bathrooms described in paragraphs 26, 27, 28, 29, 32, and 33, also appear to be a bathroom in the basement of CROCKER's Woodbridge residence.

b. The video depicts MV5, then age 14, entering CROCKER's basement bathroom wearing a light blue soccer uniform and black shorts. MV5 removes all of her clothing and takes a shower. MV5's breasts are exposed when she undresses. When MV5 exits the shower, she wraps a towel over her shoulders to dry off. Her breasts and vagina are exposed while she dries off her body.

**MV6**

28. MV6 has a date of birth in 2008.

a. WVS S212034.3200000-0500 D186330 A65866F17 E.wmv: Based on metadata associated with the video, it appears to have been created on or about December 20, 2021. The video was found in a folder titled, in part, "Sorted-redo\RedKawa\redkawa-0\Kparty\WiLife\basement."

b. The video depicts MV6, then age 13, enter CROCKER's basement bathroom wearing a black sweatshirt over a light blue soccer uniform and black athletic shorts. MV6 undresses completely, exposing her breasts and vagina to the camera. The video appears to have been captured from a hidden camera positioned near the toilet, aimed at the shower.

**MV7**

29. MV7 has a date of birth in 2008.

a. Cam1.20220405_171432_1.mp4: Based on metadata associated with this video, it appears to have been created on or about April 6, 2022. The video was found in a folder titled, in part, "Sorted-redo\RedKawa\redkawa-0\Kparty\WiLife."

b. The video depicts MV7, then age 13, in CROCKER's basement bathroom. MV7 undresses, exposing her breasts and vagina to the camera, and takes a shower. When she exits the shower to dry off, MV7's breasts and vagina are exposed again.

c. The video appears to have been captured by a hidden camera positioned on the bathroom counter near the sink and aimed at the toilet and shower. The video also captures CROCKER apparently setting up the camera before it later captured MV7. CROCKER is shown looking around the toilet area, possibly at the garbage can, where he had put the hidden camera on other occasions at and around the same time.

**MV8**

30. MV8 has a date of birth in 1993.

a. F_001392-merc-shower-mb.wmv: Based on metadata associated with this video, it appears to have been created on or about June 19, 2010. The video was found in a folder titled, in part, "Bad-Dad."

b. The video depicts MV8, then age 16, in a bathroom. The video shows MV8 exiting the shower and drying off with a towel. MV8's breasts and vagina are exposed to the camera. The video appears to have been captured from a hidden camera aimed at the shower.

c. Review of CROCKER's hard drive revealed another video of MV8 captured by what appears to be a hidden camera in a hole in the ceiling of a bathroom. The video captures MV8 showering, with her breasts exposed to the camera. Unlike the video described above, this video appears to have

been captured by a device being operated by an individual, as opposed to a pre-placed hidden camera. I believe the individual was operating the camera at the time of the video because the video is shaky, as if someone is holding the camera, moving around, and was taken through a hole in the ceiling.

**MV9**

31. MV9 has a date of birth in 1991.

a. F_000627.wmv: Based on metadata associated with this video, it appears to have been created on or about March 23, 2008. The video was found in a folder titled, in part, "Bad-Dad."

b. The video depicts MV9, then age 16, in CROCKER's bathroom. The video shows MV9 exit the shower, completely naked, with his penis exposed to the camera.

c. The video appears to have been captured by a hidden camera positioned on the bathroom counter near the sink and aimed at the toilet and shower.

**MV10**

32. MV10 has a date of birth in 2008.

a. WVS S225532.8260000-0500 D94550 A66799 F17E.wmv: Based on metadata associated with this video, it appears to have been created on or about December 20, 2021. The video was found in a folder titled, in part, Sorted-redo\RedKawa\redkawa-0\Kparty\WiLife\basement 2."

b. The video depicts MV10, then age 13, enter CROCKER's basement bathroom. MV10 removes all of her clothing, exposing her breasts and vagina to the camera, and takes a shower.

c. The video appears to have been captured by a hidden camera positioned near the toilet, aimed past the toilet at the shower.

**MV11**

33. MV11 has a date of birth in 2008.

a. WVS S003303.2150000-0500 D239540 A52066 F17 E.wmv: Based on metadata associated with this video, it appears to have been created on or about December 29, 2021.

b. The video depicts MV11, then age 13, enter CROCKER's basement bathroom. MV11 is shown exiting the shower, with her breasts and vagina exposed to the camera.

c. The video appears to have been captured by a hidden camera positioned near the toilet and aimed at the shower.

34. The above-described hidden camera videos are only a representative sample of the thousands of hidden camera videos found in CROCKER's hard drive. Furthermore, some of the above-described victims appear in multiple hidden camera videos captured in CROCKER's bathroom and saved to his hard drive.

35. In addition to these videos, I found thousands of other images and videos on the hard drive that appear to depict children engaged in sexually explicit conduct, including, for example:

a. An image titled, in part, "Childlover_Pthc," which depicts two minor females, one of whom exposes her vagina to the camera.

b. An image titled, "Mar31021.jpg," which depicts a naked prepubescent minor female lying on her back on a bed. The minor's legs are spread, and an adult man's penis is resting on her vagina. The image appears to be a part of a series of at least nine images which culminate in the minor female's stomach being covered in what appears to be semen. The images were found in a folder titled, in part, "Ugly Monter-Full\Ugly."

c. A video titled, in part, "loli-play," which depicts a prepubescent minor female exposing her breasts and vagina to the camera. During the video, the minor girl appears to masturbate and touch her breasts. The video was found in a folder titled, in part, "Bad-Dad\Captures."

d. A video titled, in part, "Bath.avi," which depicts two naked minor girls in a bathtub with an adult man. The minor girls perform oral sex on the adult man and masturbate his penis. This video was found in a folder titled, in part, "Ugly Monster-Full\Ugly\UGLY-11-11-11\pthc."

36. The videos and images described above are only a small sample of the sexually explicit images and videos depicting minors engaged in sexually explicit conduct found on the hard drive.

37. The hard drive contained indicia of use and ownership by CROCKER, including the account name, Jackson.crocker@outlook.com, the explicit videos showing CROCKER's face and apparently facilitated and captured by CROCKER, and the CSAM found in the "dad-bod"

folder, which also includes approximately 1,000 images and videos of CROCKER, including shirtless selfies. Based on external markings, the hard drive was manufactured in Thailand.

38. During the October 28, 2025, search warrant of CROCKER's residence, he was arrested by the Prince William County Police Department and charged with possession of child pornography under the Virginia Code. He has been in custody in the Prince William County Adult Detention Center since his arrest.

## CONCLUSION

39. Based on the foregoing, I submit that there is probable cause to believe that between at least March 23, 2008, and October 28, 2025, CROCKER employed, used, persuaded, induced, enticed, and coerced minors to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children).

Respectfully submitted,

Sebastian Gardner, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to in accordance with
Fed. R. Crim. P. 4.1 by telephone on June 30, 2026:

Lindsey R Vaala Digitally signed by Lindsey R Vaala
Date: 2026.06.30 11:16:49 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia